**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8358

ANTONIO CHARLES BLOW,

Petitioner - Appellant,

v.

WARDEN STANSBERRY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:08-cv-00426-RGD-TEM)

Submitted:  May 14, 2009                 Decided:  May 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and  HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Charles Blow, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Charles Blow, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blow v. Stansberry, No. 2:08-cv-00426-RGD-TEM (E.D. Va. Oct. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2